Stephen F. Smith
steve@smithmcowenlaw.com
Idaho Bar 2165
Smith & McOwen, Attorneys at Law
102 Superior Street
Sandpoint, ID 83864
Phone: (208) 263-3115

Mathew D. Staver (Fla. 0701092)
court@lc.org
Horatio G. Mihet (Fla. 026581)
hmihet@lc.org
Daniel J. Schmid (VA 84415)
dschmid@lc.org
Richard L. Mast (VA 80660)
rmast@lc.org
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MAJOR DAVID T. WORLEY,<br><br>        Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard,<br><br>        Defendants. | Case. No.: <u>1:25-cv-25-DKG</u><br><br>DECLARATION OF DANIEL J. SCHMID ON NOTICE TO DEFENDANTS OF MOTION FOR TEMPORARY RESTRAINING ORDER. |

I, Daniel J. Schmid, hereby declare as follows:

1. I am over the age of eighteen years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am counsel of record for Plaintiff Major David T. Worley in the above-captioned cause.

3. On January 17, 2025, along with my designated local co-counsel and member of the Bar of this Court, Stephen F. Smith, I instituted the above-styled action with the filing of a Verified Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory Relief, and Damages, and also a Motion for Temporary Restraining Order and Preliminary Injunction.

4. Pursuant to Fed. R. Civ. P. 65(b)(1), immediately upon filing the Verified Complaint and Motion for Temporary Restraining Order and Preliminary Injunction, I notified all known counsel for Defendants of the Plaintiff's request for a Temporary Restraining Order. I served notice upon the Office of the Attorney General for the State of Idaho at AGLabrador@ag.idaho.gov, at all known email addresses available. I also served notice upon the Chief of the Administrative Law section for the Idaho Army National Guard at brandon.s.karpen.mil@army.mil, and LTC Stephen A. Stokes at stephen.a.stokes.mil@army.mil, which are the contact addresses with which Plaintiff's counsel has had prior interactions governing this matter.

5. Service of process is being effectuated in due course, but Plaintiff's counsel took the added step to inform all of the attorneys for whom Plaintiff has contact information of the pending lawsuit and of the fact that a motion for temporary restraining order currently pends before the Court.

6. I submit this Declaration, pursuant to Fed. R. Civ. P. 65(b)(1)(B) and this Court's Local Rule Civ. 7.2, to certify in writing all efforts made to give notice to Defendants of the pending Motion for Temporary Restraining Order and Preliminary Injunction.

7. Pursuant to Fed. R. Civ. P. 65(b)(1)(A), specific facts demonstrating that immediate and irreparable injury, loss, and damage to the movant absent immediate injunctive relief are set forth and clearly shown in the Verified Complaint filed simultaneously herewith. (V. Compl., ¶¶1-15, 32, 124-128.)

I declare under penalty of perjury of the laws of the United States and the State of Idaho that the foregoing statements are true and correct to the best of my knowledge.

Dated this 17th day of January, 2025

/s/ Daniel J. Schmid
Daniel J. Schmid
*Attorney for Plaintiff Major David T. Worley*