RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

MATTHEW MAURER, ISB #12575
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendant*
*Governor Brad Little*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAJOR DAVID T. WORLEY, | Case No. 1:25-00025-DKG |
| *Plaintiff,* | **NOTICE OF APPEARANCE** |
| v. | |
| BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard, | |
| *Defendants.* | |

NOTICE IS HEREBY GIVEN that Matthew L. Maurer, Deputy Attorney General, does hereby appear as an attorney of record on behalf of Defendant Governor Brad Little. All future pleadings, submissions, and correspondence should be addressed to Matthew L. Maurer as Counsel for Defendant Governor Brad Little.

DATED: February 24, 2025.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By:   /s/ Matthew L. Maurer
        MATTHEW L. MAURER
        Deputy Attorney General

NOTICE OF APPEARANCE — 1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Stephen F. Smith
steve@smithmcowenlaw.com

Horatio G. Mihet
hmihet@lc.org

Daniel J. Schmid
dschmid@lc.org

*Attorneys for Plaintiff*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid and addressed as follows:

Mathew D. Staver and Richard L. Mast
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854

court@lc.org
rmast@lc.org

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　/s/ *Matthew L. Maurer*
　　　　　　　　　　　　　　　　Matthew L. Maurer

NOTICE OF APPEARANCE — 2