RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

MATTHEW MAURER, ISB #12575
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendant*
*Governor Brad Little*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAJOR DAVID T. WORLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard,<br><br>*Defendants.* | Case No. 1:25-00025-DKG<br><br>**GOVERNOR LITTLE'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Governor Little, by and through his attorney of record, respectfully moves the Court to dismiss the Plaintiff's Complaint because Governor Little is immune from suit, and this Court therefore lacks jurisdiction over the matter. Additionally, Defendant Governor Little moves to dismiss Plaintiff's Complaint under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is supported by the Defendant Governor Little's Brief in Support of this Motion to Dismiss, filed contemporaneously herewith.

DATED: February 24, 2025.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By: ___/s/ *Matthew L. Maurer*_____
>        MATTHEW L. MAURER
>        Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Stephen F. Smith                                    Horatio G. Mihet
steve@smithmcowenlaw.com                            hmihet@lc.org

Daniel J. Schmid
dschmid@lc.org

*Attorneys for Plaintiff*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid and addressed as follows:

Mathew D. Staver and Richard L. Mast
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854

court@lc.org
rmast@lc.org

*Attorneys for Plaintiff*

        /s/ *Matthew L. Maurer*
        Matthew L. Maurer