Stephen F. Smith
steve@smithmcowenlaw.com
Idaho Bar 2165
Smith & McOwen, Attorneys at Law
102 Superior Street
Sandpoint, ID 83864
Phone: (208) 263-3115

Mathew D. Staver (Fla. 0701092)
court@lc.org
Horatio G. Mihet (Fla. 026581)
hmihet@lc.org
Daniel J. Schmid (VA 84415)
dschmid@lc.org
Richard L. Mast (VA 80660)
rmast@lc.org
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MAJOR DAVID T. WORLEY,<br><br>       Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard,<br><br>       Defendants. | Case. No. 1:25-cv-25-DCN<br><br>MOTION TO ENTER PRELIMINARY INJUNCTION AGAINST ALL DEFENDANTS AND DEFAULT AGAINST DEFENDANTS PACKWOOD AND DONNELLAN. |

Plaintiff, Major David T. Worley, pursuant to Fed. R. Civ. P. 55(a) and D. Idaho Loc. Civ. R. 7.1, hereby moves this Court to immediately enter a Preliminary Injunction against all Defendants, and a Default against Major General Timothy J. Donnellan, in his official capacity as Adjutant General of the Idaho National Guard; and Brigadier General James C. Packwood, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard. For the reasons stated in the Supporting Brief filed simultaneously herewith, the Motion should be granted.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen F. Smith | /s/ Daniel J. Schmid |
| Stephen F. Smith | Mathew D. Staver |
| steve@smithmcowenlaw.com | Florida 0701092 |
| Idaho Bar 2165 | court@lc.org |
| Smith & McOwen, Attorneys at Law | Horatio G. Mihet |
| 102 Superior Street | Florida 026581 |
| Sandpoint, ID 83864 | hmihet@lc.org |
| Phone: (208) 263-3115 | Daniel J. Schmid |
| | Virginia 84415 |
| | dschmid@lc.org |
| | Richard L. Mast |
| | Virginia 80660 |
| | rmast@lc.org |
| | LIBERTY COUNSEL |
| | P.O. Box 540774 |
| | Orlando, FL 32854 |
| | Phone: (407) 875-1776 |
| | Facsimile: (407) 875-0770 |
| | *Attorneys for Plaintiff* |