JUSTIN WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
Email: Christine.England@usdoj.gov

*Attorneys for Federal Defendants Donnellan and Packwood*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAJOR DAVID T. WORLEY,<br><br>Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard,<br><br>Defendants. | Case No. 1:25-cv-00025-DCN<br><br>**DECLARATION OF CHIEF WARRANT OFFICER RYAN M. KOHLBECKER IN SUPPORT OF THE UNITED STATES' SECOND STATEMENT OF INTEREST REGARDING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DEFAULT (ECF No. 22)** |

I, Chief Warrant Officer 4 (CW4) Ryan M. Kohlbecker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is CW4 Ryan M. Kohlbecker. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge.

2.      I am the Idaho Army National Guard Officer Personnel Manager. I have held this position since 2018. Part of the responsibilities of this position is ensuring that

**THE UNITED STATES' SECOND STATEMENT OF INTEREST REGARDING
PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DEFAULT (ECF No. 22)**      - 1 -

the Idaho Army National Guard maintains accurate and complete records of its regularly conducted activities pertaining to all personnel, and including but not limited to, the issuance of Title 32 orders for all officers of the Idaho Army National Guard placing them in a federal status.

3. Attached to this declaration are three orders issued to Brigadier General James C. Packwood, certified following the completion of his service, and processed to account for his federal service and federal pay.

4. These three orders were made in September and December 2024, were kept by the Idaho Army National Guard in the course of regularly conducted activity; and were made as part of the regular practice of that activity. The attached records are exact true and correct copies of the orders issued to Brigadier General James C. Packwood and subsequently certified following his completion of service.

5. I declare under penalty of perjury that the foregoing statements are true and correct.

EXECUTED this 25th day of April, 2025.

_____
CW4 Ryan M. Kohlbecker
Officer Personnel Manager
Idaho Army National Guard

DEPARTMENT OF THE ARMY
STATE OF IDAHO
MILITARY DIVISION
4040 WEST GUARD STREET
BOISE, ID 83705-8048

ORDERS: 15-352-0009                                       17 December 2024

PACKWOOD, JAMES COLE                          ███████████ BG
███████████                                   W925 NG ARMY ELE JFHQ ID (W925AA)
                                              4040 WEST GUARD STREET BLDG 600
                                              BOISE, ID 83705

You are ordered to annual training (AT) for the period shown. Upon completion of the period of AT, you will return to place where entered onto AT.

Period (TDY) : 13 December 2024 - 13 December 2024
Report to: GOWEN FIELD, ID
Reporting date/time: NLT 08:00hrs, 13 December 2024
Purpose: 15-6 GO Duties
Additional instructions:
  (a) This order is for pay and allowances only. Travel and per diem will be processed in
      DTS. Round trip distance traveled in my privately owned vehicle to comply with this
      order was _____ miles. As owner/ operator of the POV, I was primarily responsible for
      payment of its operating expense.

      Soldier Signature:_____
  (b) Performance Certification: I certify that I have personal knowledge or I have
      personally verified the duty requested above has been performed.

      Typed Name:███████████, AAG secretary
      Signature:███████████████████████  Date: 20241218
  (c) Travel of dependents and shipment of other than TDY weight allowance is not authorized.
  (d) Payroll will be submitted by the Unit of Assignment.
  (e) Subject to availability of funds.
  (f) Travel by POV is authorized as more advantageous to the government.
  (g) Reserved for future use.
  (h) YRAT - Member authorized reimbursement for one round-trip to home station per fiscal
      year. Reimbursement for additional trips subject to program manager approval. Meals
      and lodging not provided. Members utilize the Defense Travel System (DTS) for expenses
      outside of commuting area.

FOR ARMY USE
Auth: 32 USC 502(a)
HOR: ███████████████████████████
APC DJMS-RC: B5F111 TDC 111 Year-Round AT
Acct clas:
  LOA: 021 206010D25 A18IF 1198/1199/1250/21T2 1A1102PRAT 40044117 021001
  SDN: PAC45883520090
PEBD: 30 December 1994
Marital status / Number of dependents: ███
Scty cl: TOP SECRET WITH SENSITIVE COMPARTMENTED INFORMATION,
Format: 296


Order Authentication
                                        ********************
                                        * HQ, IDARNG       *
                                        * OFFICIAL         *
                                        ********************
                                        ███████, AV, IDARNG
                                        G1


DISTRIBUTION:
"D"


Page 1
• This is an official order generated in DAMPS-OCOTCS •

DEPARTMENT OF THE ARMY
STATE OF IDAHO
MILITARY DIVISION
4040 WEST GUARD STREET
BOISE, ID 83705-8048

ORDERS: 15-352-0014                                          17 December 2024

PACKWOOD, JAMES COLE                          ▓▓▓▓▓▓▓▓  BG
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                          W925 NG ARMY ELE JFHQ ID (W925AA)
                                              4040 WEST GUARD STREET BLDG 600
                                              BOISE, ID 83705

You are ordered to annual training (AT) for the period shown. Upon completion of the period of AT, you will return to place where entered onto AT.

Period (TDY) : 18 December 2024 - 18 December 2024
Report to: POCATELLO, ID
Reporting date/time: NLT 08:00hrs, 18 December 2024
Purpose: Year-Round AT
Additional instructions:
  (a) This order is for pay and allowances only. Travel and per diem will be processed in DTS. Round trip distance traveled in my privately owned vehicle to comply with this order was _____ miles. As owner/ operator of the POV, I was primarily responsible for payment of its operating expense.

         Soldier Signature:_____
  (b) Performance Certification: I certify that I have personal knowledge or I have personally verified the duty requested above has been performed.
         Typed Name: ▓▓▓▓▓▓▓▓, AAG Secretary
         Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Date: 20241218
  (c) Travel of dependents and shipment of other than TDY weight allowance is not authorized.
  (d) Payroll will be submitted by the Unit of Assignment.
  (e) Subject to availability of funds.
  (f) Govt meals and quarters are not available.
  (g) YRAT - Member authorized reimbursement for one round-trip to home station per fiscal year. Reimbursement for additional trips subject to program manager approval. Meals and lodging not provided. Members utilize the Defense Travel System (DTS) for expenses outside of commuting area.

FOR ARMY USE
Auth: 32 USC 502(a)
HOR: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
APC DJMS-RC: B5F111 TDC 111 Year-Round AT
Acct clas:
  LOA: 021 206010D25 A18IF 1198/1199/1250/21T2 1A1102PRAT 40044117 021001
  SDN: PAC45883520140
PEBD: 30 December 1994
Marital status / Number of dependents: ▓▓▓
Scty cl: TOP SECRET WITH SENSITIVE COMPARTMENTED INFORMATION,
Format: 296


Order Authentication
                                              *******************
                                              * HQ, IDARNG      *
                                              * OFFICIAL        *
                                              *******************
                                              ▓▓▓▓▓▓, AV, IDARNG
                                              G1


DISTRIBUTION:
"D"

Page 1
• This is an official order generated in DAMPS-OCOTCS •

FOR OFFICIAL USE ONLY - PRIVACY ACT

STATE OF IDAHO MILITARY DIVISION
4040 WEST GUARD STREET BOISE, ID 83705-8048

```
ORDERS: 15-4247-00002                                              03 Sep 2024

PACKWOOD JAMES COLE                       BG ▮▮▮▮▮▮▮▮
(W925AA)W925 NG ARMY ELE JFHQ ID          4040 WEST GUARD STREET BLDG 600  BOISE ID
                                          83705-8049
```

You are ordered to Full-Time National Guard Duty-Other Training Duty (FTNGD-OTD), and with your consent for the period shown plus allowable travel time. Upon completion of the period of duty unless sooner released or extended by proper authority, you will return to the place where you entered and be released from such duty.

```
PERIOD (TDY): 03 SEP 2024 - 03 Sep 2024
REPORT TO: GOWEN FIELD, ID
REPORT TIME/DATE: NLT 800 03 Sep 2024
ATTACHED TO:  W925 NG ARMY ELE JFHQ ID W925AA
PURPOSE: Investigation Wrap Up
Additional Instructions:
  (A) Soldiers with orders authorizing travel entitlements beyond mileage reimbursement will
  file their voucher utilizing DTS. Mileage only entitlements can be reimbursed via Military
  Pay.
  (B) Travel of dependents and shipment of other than TDY weight allowance is not authorized.
  (C) Travel by Commercial Carrier Authorized - Travel by POV for the traveler's convenience
  is authorized. However, reimbursement is limited to the Constructive Cost of Common
  Carrier. Reservation will be made through Defense Travel System.
  (D) Service member must conform to the height and weight standards IAW AR 600-9.
  (E) Payroll will be submitted by the Unit of Assignment.
  (F) I certify that I have personal knowledge or I have personally verified the duty
  requested above has been performed. NAME/TITLE ▮▮▮▮▮▮▮▮ AAG Secretary   SIGNATURE:
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  (G) Subject to availability of funds.
  (H) Govt meals and quarters are not available.

FOR ARMY USE:
AUTH:32 USC 502(f)(1)(B) Project Code:  B22 FTNGD - OTD
HOR: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
APC DJMS-RC: B5F541 TDC 541 - AUTHORIZED TRAINING WORKDAYS

ACCT CLAS:
  P&A-OFFICER: 021 206010D24 A18IF 1198/1199/1250 1N11G2PRSA 40044117 021001 ODS 925AA

SRN:PAC4588T700002                          TAC:
PEBD: 30 Dec 1994
FEDERAL WE:
STATE TAX CODE: ID
MARITAL STATUS/NUMBER OF DEPENDENTS: ▮▮▮
TYPE OF INCENTIVE PAY: NONE
TYPE OF SPECIAL PAY: NONE
SCTY CL: TOP SECRET WITH SCI
FORMAT: 283

FOR THE ADJUTANT GENERAL:
                                          *******************
                                          *   HQ, IDARNG    *
                                          *    OFFICIAL     *
                                          *******************
                                          ▮▮▮▮▮▮▮, AV, IDARNG
                                          G1

DISTRIBUTION: 1 SOLDIER
1 W925 NG ARMY ELE JFHQ ID 4040 WEST GUARD STREET BLDG 600  BOISE ID 83705-8049
1 ID
```

FOR OFFICIAL USE ONLY - PRIVACY ACT