RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendant*
*Governor Brad Little*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAJOR DAVID T. WORLEY, <br><br> *Plaintiff,* <br><br> v. <br><br> BRAD LITTLE, in his official capacity as Governor of the State of Idaho and Commander-in-Chief of the Idaho National Guard; MAJOR GENERAL TIMOTHY J. DONNELLAN, in his official capacity as Adjutant General of the Idaho National Guard; BRIGADIER GENERAL JAMES C. PACKWOOD, in his official capacity as Assistant Adjutant General of the Idaho Army National Guard <br><br> *Defendants.* | Case No. 1:25-00025-DCN <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General David J. Myers does hereby appear as attorney of record for Defendant Governor Brad Little in the above-referenced matter.  This appearance is in substitution for Deputy Attorney General Matthew L. Maurer.  All future pleadings, submissions and correspondence should be addressed to David J. Myers as counsel for Defendant Governor Brad Little.

DATED: September 24, 2025.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


/s/ *David J. Myers*
DAVID J. MYERS
Deputy Attorney General

/s/ *Matthew L. Maurer*
MATTHEW L. MAURER
Deputy Attorney General

*Attorneys for Defendant Governor Brad Little*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on September 24, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Stephen F. Smith
steve@smithmcowenlaw.com

Horatio G. Mihet
hmihet@lc.org

Daniel J. Schmid
dschmid@lc.org

*Attorneys for Plaintiff*

AND I FURTHER CERTIFY that on such date, I served the foregoing following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid and addressed as follows:

Mathew D. Staver and Richard L. Mast
LIBERTY COUNSEL
P. O. Box 540774
Orlando, FL  32854

court@lc.org
rmast@lc.org

*Attorneys for Plaintiff*

/s/ *David J. Myers*
DAVID J. MYERS